# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2020

Bridget M. McCormack,
Chief Justice

161347 & (89)(93)(95)(96)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 161347
                                        COA: 345294
                                        Macomb CC: 2017-003436-FC

LARRY LONDRA WALKER,
      Defendant-Appellant.

_____/

      On order of the Court, the request to expedite consideration and motion to amend application are GRANTED. The application for leave to appeal the March 3, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand, to correct the record, and for release on tether or bond pending appeal are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2020



Clerk

t1222